**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LAKEWOOD PIZZA COMPANY, LLC** | ) | |
| **dba THE LOCAL PIZZERIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 4:24-cv-00277-BCW** |
| vs. | ) | |
| | ) | |
| **RED CARPET LOUNGE, LLC** | ) | |
| **d/b/a LAKEWOOD LOCAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## LAKEWOOD PIZZA COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, Lakewood Pizza Company, LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, states that Defendant is a Missouri limited liability company. There is no parent corporation or any publicly held corporation, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

SEIGFREID BINGHAM, PC

*Attorneys for Plaintiff*

By: /s/ Gregory B. Whiston
   Gregory B. Whiston, KS #25852
   gwhiston@sb-kc.com
   2323 Grand Boulevard, 10th Floor
   Kansas City, Missouri 64108
   T: (816) 421-4460
   F: (816) 474-3447

2103615v1