# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Missouri

Case Number: 4:24-CV-277-BCW

Plaintiff:
**LAKEWOOD PIZZA COMPANY LLC D/B/A THE LOCAL PIZZERIA**

vs.

Defendant:
**RED CARPET LOUNGE LLC D/B/A LAKEWOOD LOCAL**



POW2024006167

For:
SEIGFREID BINGHAM PC
2323 Grand
10th Floor
Kansas City, MO 64108

Received by D & B Legal Service, LLC to be served on **RED CARPET LOUNGE LLC D/B/A LAKEWOOD LOCAL C/O RA: PHIL LEVOTA, 324 S MAIN ST, INDEPENDENCE, MO 64050**.

I, Andrew Wickliffe PPS24-0150, being duly sworn, depose and say that on the **14th day of May, 2024** at **2:04 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint, Exhibit A, Civil Cover Sheet, Lakewood Pizza Company, LLC's Corporate Disclosure Statement, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Complaint, Exhibit A, Notice of Inclusion in the Mediation and Assessment Program and General Order Western District of Missouri Mediation and Assessment Program** with the date and hour of service endorsed thereon by me, to: PHIL LEVOTA as REGISTERED AGENT for RED CARPET LOUNGE LLC D/B/A LAKEWOOD LOCAL, at the alternate address of: **811 NE LAKEWOOD BLVD, LEE'S SUMMIT, MO 64064**.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are true and correct.

Subscribed and Sworn to before me on the 15th day of May, 2024

NOTARY PUBLIC

JAMES HANNAH
Notary Public - State of Kansas
My Appt. Expires 8/22/12

Andrew Wickliffe PPS24-0150
Process Server

D & B Legal Service, LLC
5350 W 94th Ter Ste 206
Prairie Village, KS 66207
(913) 362-8110

Our Job Serial Number: POW-2024006167
Ref: 083608-00546

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| LAKEWOOD PIZZA COMPANY, LLC<br>dba THE LOCAL PIZZERA<br><br>*Plaintiff(s)*<br>v.<br><br>RED CARPET LOUNGE, LLC<br>dba LAKEWOOD LOCAL<br><br>*Defendant(s)* | Civil Action No. 4:24-cv-277-BCW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RED CARPET LOUNGE, LLC dba LAKEWOOD LOCAL
c/o: Phil LeVota, Registered Agent
324 S. Main St.
Independence, MO 64050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory B. Whiston
Seigfreid Bingham, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, MO 64108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Apr 17, 2024

_____
Signature of Clerk or Deputy Clerk